UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JEFFREY FENNEL, AK6624,<br><br>Plaintiff. | Case No. 21-cv-01978-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On March 11, 2021, the clerk filed as a new action a letter from plaintiff complaining about the conditions of his confinement at the California Correctional Institution in Tehachapi, California (CCI). On March 22, 2011, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: April 30, 2021

CHARLES R. BREYER
United States District Judge